IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **DWYLAN JOHNSON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. _____ |
| | § | JURY |
| **CREST INFINITI, INC.,** | § | |
| **and DARIN PARTIN, individually,** | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Dwylan Johnson files this Original Complaint against Defendants Crest Infiniti, Inc., and Darin Partin, individually, alleging wrongful discharge and retaliation in violation of the Family and Medical Leave Act, 29 U.S.C. § 2601, *et seq* ("FMLA") and the Employee Retirement Income Security Act, 29 U.S.C. §1101, *et seq* ("ERISA"). Plaintiff requests equitable relief, damages, liquidated damages, interest, attorney's fees, expert witness fees, and costs as a result of Defendants' unlawful acts.

### I. PARTIES AND SERVICE

1. Plaintiff Dwylan Johnson ("Plaintiff") is a resident of Collin County, Texas.

2. Defendant Crest Infiniti, Inc. ("Crest") is a domestic for-profit corporation headquartered in Irving, Texas. Crest may be served via its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201 or wherever it may be found.

3. Defendant Darin Partin ("Partin") is an individual residing in Dallas. He may be served at 8700 Saddlehorn Dr., Irving, Texas 75063.